Semnar & Hartman, LLP
Babak Semnar, Esq. (#224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman (#254860)
jared@ sandiegoconsumerattorneys.com
400 S. Melrose Drive, Suite 209
Vista, California 92081
Telephone: (951) 293-4187
Fax: (888) 819-8230

Attorneys for Plaintiff, ROSARIO MERCADO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MERCADO,<br><br>    Plaintiff,<br><br>  vs.<br><br>MOUNTAIN LION ACQUISITIONS INC., and DOES 1-10,<br><br>    Defendants, | Case No.: 5:16-cv-02208-PSG-KK<br><br>**PLAINTIFF'S VOLUNTARY DIMSISSAL OF ENTIRE MATTER, WITH PREJUDICE, PURUSANT TO RULE 41** |

1
COMPLAINT

**PLEASE TAKE NOTICE**, Plaintiff herein (Rosario Mercado) voluntarily dismisses this entire matter, with prejudice, pursuant to Rule 41 of the Fed. Rules of Civ. Proc.

Dated:  December 5, 2016                    SEMNAR & HARTMAN, LLP


                                            By s/ Jared M. Hartman
                                            Jared M. Hartman, Esq.
                                            Attorneys for Plaintif

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28